RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Charles Hoffman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HOFFMAN,<br><br>Defendant. | Case No. 2:13-cr-00310-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Charles Hoffman, that the Revocation Hearing currently scheduled on May 17, 2019 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) months.

This Stipulation is entered into for the following reasons:

1. The additional time requested is to allow Mr. Hoffman an opportunity to complete C.A.R.E. Per his C.A.R.E. agreement, he is to be released back to C.A.R.E. seven days after his initial incarceration.

2. The defendant is under home detention and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of April, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHARLES HOFFMAN,

    Defendant.

Case No. 2:13-cr-00310-JCM-CWH

**ORDER**

    IT IS ORDERED that the revocation hearing currently scheduled for Friday, May 17, 2019 at 11:00 a.m., be vacated and continued to November 18, 2019 at the hour of 10:00 a.m.

    DATED May 1, 2019.

                                      UNITED STATES DISTRICT JUDGE