RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Charles Hoffman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES HOFFMAN,<br><br>    Defendant. | Case No. 2:13-cr-00310-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Charles Hoffman, that the Revocation Hearing currently scheduled on June 12, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Client is currently receiving medical treatment at the Nevada Southern Detention Center.

2. Counsel is requesting additional time to prepare for Mr. Hoffman's revocation hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 7th day of June, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES HOFFMAN,<br><br>  Defendant. | Case No. 2:13-cr-00310-JCM-CWH<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, June 12, 2019 at 10:00 a.m., be vacated and continued to July 16, 2019 at the hour of 10:00 a.m.

DATED June 10, 2019.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE