RECEIVED
FILED _____ _____ SERVED ON
_____ ENTERED _____ COUNSEL/PARTIES OF RECORD

AUG 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: 2:17-CR-0036-KJD DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES HOFFMAN,

    Defendant.

Case No. 2:13-CR-0310-JCM-CWH

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

    I understand that I have a right to appear in person in court at the initial appearance and detention hearing in this case scheduled for August 10, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

    Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at these proceedings in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at these proceedings.

__/S/ Charles Hoffman__    __8/10/20__
Defendant's Signature    (date)

__/s/ Robert O'Brien__    __8/10/20__    __[signature]__
Signature of Defendant's Attorney    (date)    Judge's Signature    (date)

__Robert O'Brien__    _____
Printed Name of Defendant's Attorney    Judge's Printed Name and Title